IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CLAUSER<br><br>Plaintiff,<br><br>v.<br><br>PARETO SOLUTIONS GROUP, INC.<br><br>Defendant. | Civil Action No.: 19-cv-04980 NLH |

## ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

This matter is before the Court upon the Consent Motion to Approve the Parties' Settlement Agreement. The Court has reviewed the Motion and is fully advised on the matter; it is hereby **ORDERED AND ADJUDGED**:

1. The Consent Motion to Approve the Parties' Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation, in which certain claims arise under the Fair Labor Standards Act, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This action is hereby **DISMISSED WITH PREJUDICE**, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

SO ORDERED this 8th day of March, 2019.

_____
Judge Noel L. Hillman
United States District Court,
District of New Jersey

At Camden, New Jersey